THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT
BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING
EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,           
Respondent,
 
 
 

v.

 
 
 
Rodney Andrew Haymon,           
Appellant.
 
 
 

Appeal From Oconee County
J. C. Nicholson, Jr., Circuit Court Judge

Unpublished Opinion No. 2005-UP-245
Submitted April 1, 2005  Filed April 7, 2005

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Robert M. Dudek, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, and Assistant Deputy Attorney General Salley W. Elliott, all of Columbia; and Solicitor Christina T. Adams, of Anderson, for Respondent.
 
 
 

PER CURIAM:  Rodney Andrew Haymon appeals his no contest plea to charges of distribution of crack cocaine.  Haymons appellate counsel has petitioned to be relieved as counsel, stating he reviewed the record and has concluded Haymons appeal is without merit.  The sole issue briefed by counsel concerns whether Haymon knowingly, voluntarily, and intelligently pled no contest under the mandates of Boykin v. Alabama, 395 U.S. 238 (1969).  Haymon filed a separate pro se brief challenging the sufficiency of the indictment.
After a review of the record as required by Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we hold there are no directly appealable issues that are arguable on their merits.  Accordingly, we dismiss this appeal and grant counsels petition to be relieved.
APPEAL DISMISSED.
HEARN, C.J., KITTREDGE, and WILLIAMS, JJ., concur.